[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 08-14722
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUGUST 12, 2009
THOMAS K. KAHN
CLERK

D. C. Docket No. 90-00075-CR-J-20-HTS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DENNIS AUBREY WILSON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(August 12, 2009)

Before BIRCH, HULL and HILL, Circuit Judges.

PER CURIAM:

Ryan Thomas Truskoski, appointed counsel for Dennis Aubrey Wilson in

this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the district court's order granting Wilson a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) is **AFFIRMED**.